785 A.2d 429

IN THE MATTER OF MICHAEL P. BALINT,
AN ATTORNEY AT LAW.

December 7, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–244, concluding that **MICHAEL P. BALINT** of **PLAINSBORO,** who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate) and *RPC* 3.2 (failure to expedite litigation);

And the Disciplinary Review Board further having concluded that respondent should be required to practice law under supervision;

And good cause appearing;

It is ORDERED that **MICHAEL P. BALINT** is hereby reprimanded; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

■■■■■■■■■■■■■■■■■

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.